ORDER
Motion Granted
/S/ Joe B. Brown
JOE B. BROWN
Magistrate Judge

UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| APRIL WHITE AND BRUCE BOGACH, individually, and on behalf of all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>vs.<br><br>PUBLIX SUPER MARKETS, INC.,<br><br>　　　　　　Defendants. | Case No.: 3:14-cv-01189<br><br>Judge John T. Nixon<br>Magistrate Judge John S. Bryant |

MOTION TO SEAL DOCUMENT

Plaintiffs hereby file a Motion to Seal the Attachment Dkt. 50-1 to Dkt. 50, Notice of Filing Consent to Join, filed with the Court on June 17, 2014. The wrong document was inadvertently attached to the Motion and reveals private information regarding the opt-in plaintiff. A corrected Notice of Filing with the correct Attachment will be filed immediately.

June 17, 2014　　　　　　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　*/s/ Christine E. Webber*
　　　　　　　　　　　　　　　　　　Christine E. Webber
　　　　　　　　　　　　　　　　　　D.C. Bar No. 439368
　　　　　　　　　　　　　　　　　　**COHEN MILSTEIN SELLERS & TOLL PLLC**
　　　　　　　　　　　　　　　　　　1100 New York Ave., NW
　　　　　　　　　　　　　　　　　　Suite 500
　　　　　　　　　　　　　　　　　　Washington, DC 20005
　　　　　　　　　　　　　　　　　　Telephone: (202) 408-4600
　　　　　　　　　　　　　　　　　　Facsimile: (202) 408-4699
　　　　　　　　　　　　　　　　　　Email: cwebber@cohenmilstein.com

　　　　　　　　　　　　　　　　　　Charles Yezbak, III
　　　　　　　　　　　　　　　　　　Tennessee Bar No. 018965
　　　　　　　　　　　　　　　　　　Email: yezbak@yezbaklaw.com

1