## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

| | |
|---|---|
| APRIL WHITE AND BRUCE BOGACH, individually, and on behalf of all others similarly situated, | Case No.: 3:14-cv-01189 |
| Plaintiffs, | |
| vs. | Judge Campbell |
| | Magistrate Judge Brown |
| PUBLIX SUPER MARKETS, INC., | |
| Defendants. | |

## <u>ORDER</u>

THIS MATTER having come before the Court on Plaintiffs' Consent Motion for an extension of the deadline for Plaintiffs to file their summary judgment briefing (both affirmative and responsive), from the February 2, 2015 date set by this Court's Order [Dkt. 80] to February 6, 2015, and for good cause shown, the motion is hereby GRANTED. Defendant will then have the same number of days to file a response to Plaintiffs' summary judgment motion (28 days), and file a reply in support of its own summary judgment motion (14 days), as set forth in the Court's prior Order [Dkt. 80].

Entered this __ day of February, 2015.

_Todd Campbell_

CONSENTED TO BY:

/s/
Christine E. Webber (*pro hac vice*)
D.C. Bar No. 439368
**COHEN MILSTEIN SELLERS &
TOLL PLLC**
1100 New York Ave., NW
Suite 500
Washington, DC 20005
Telephone: (202) 408-4600
Facsimile: (202) 408-4699
Email: cwebber@cohenmilstein.com

Charles Yezbak, III
Tennessee Bar No. 018965
**YEZBAK LAW OFFICES**
2002 Richard Jones Road, Suite B-200
Nashville, Tennessee 37215
Telephone: (615) 250-2000
Facsimile: (615) 240-2020
Email: yezbak@yezbaklaw.com

David Hughes (*pro hac vice*)
Alabama Bar No. 3923-U82D
**HARDIN & HUGHES, LLP**
2121 14th Street
Tuscaloosa, Alabama 35401
Telephone: (205) 344-6690
Facsimile: (205) 344-6188
Email: dhughes@husheshardin.com

C. Andrew Head (*pro hac vice*)
Georgia Bar No. 341472
**FRIED & BONDER, LLC**
White Provision, Suite 305
1170 Howell Mill Road, N.W.
Atlanta, Georgia 30318
Telephone: (404) 995-8808
Facsimile: (404) 995-8899
Email: ahead@friedbonder.com

Attorneys for Plaintiffs

/s/
Wendy V. Miller
Tennessee Bar No. 023500
Attorney for Defendant
**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
401 Commerce Street, Suite 1200
Nashville, Tennessee 37219
Telephone: (615) 254-1900
Facsimile: (615) 254-1908
Email: wendy.miller@ogletreedeakins.com

Jennifer Monrose Moore (*pro hac vice*)
Florida Bar No. 0035602
**OGLETREE, DEAKINS, NASH, SMOAK
& STEWART, P.C.**
100 North Tampa Street, Suite 3600
Tampa, Florida 33602
Telephone: (813) 289-1247
Facsimile: (813) 289-6530
Email: jennifer.moore@ogletreedeakins.com

Lawrence C. DiNardo (*pro hac vice*)
Illinois Bar No. 3128594
Michael J. Gray (*pro hac vice*)
Illinois Bar No. 06210880
Brent D. Knight (*pro hac vice*)
Illinois Bar No. 6257108
**JONES DAY**
77 West Wacker
Chicago, Illinois 60601
Telephone: (312) 782-3939
Facsimile: (312) 782-8585
Email: lcdinardo@jonesday.com
Email: mjgray@jonesday.com
Email: bdknight@jonesday.com

Craig S. Friedman (*pro hac vice*)
Georgia Bar No. 335145
Attorney for Defendant
**JONES DAY**
1420 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309
Telephone: (404) 581-3939

-2-

Facsimile: (404) 581-8330
Email: csfriedman@jonesday.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that I electronically filed a true and correct copy of the foregoing using the CM/ECF filing system, which will send a notice of electronic filing to the following attorneys of record for Defendant:

> Wendy V. Miller
> **OGLETREE, DEAKINS, NASH, SMOAK**
> **& STEWART, P.C.**
> 401 Commerce Street, Suite 1200
> Nashville, Tennessee 37219
> Email: wendy.miller@ogletreedeakins.com
>
> Jennifer Monrose Moore
> **OGLETREE, DEAKINS, NASH, SMOAK**
> **& STEWART, P.C.**
> 100 North Tampa Street, Suite 3600
> Tampa, Florida 33602
> Email: jennifer.moore@ogletreedeakins.com
>
> Lawrence C. DiNardo
> Michael J. Gray
> Brent D. Knight
> **JONES DAY**
> 77 West Wacker
> Chicago, Illinois 60601
> Email: lcdinardo@jonesday.com
> Email: mjgray@jonesday.com
> Email: bdknight@jonesday.com
>
> Craig S. Friedman
> **JONES DAY**
> 1420 Peachtree Street, N.E., Suite 800
> Atlanta, Georgia 30309
> Email: csfriedman@jonesday.com

_____
C. Andrew Head