IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

APRIL WHITE, et al.        )
                           )
v.                         ) NO. 3-14-1189
                           ) JUDGE CAMPBELL
PUBLIX SUPER MARKETS, INC. )

ORDER

Pending before the Court are Defendant's Motion for Summary Judgment (Docket No. 81) and Plaintiffs' Motion for Partial Summary Judgment (Docket No. 99).

The Motions are both denied for the parties' failure to comply with Local Rule 56.01 with regard to the concise statements of facts and responses thereto. The parties' Statements of Fact and Responses are of no use to the Court as they were submitted. If the parties wish to re-file and have the Court consider their Motions, they must comply with the Local Rules.

This case is referred to the Magistrate Judge to hold a case management conference with counsel for the parties concerning summary judgment procedure.

IT IS SO ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE